UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | 5:22-cv-02026-CJC-SP |
| Title | Edward Singelyn v. PNC Bank, National Association et al |
| Date | February 24, 2023 |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

It is a plaintiff's responsibility to prosecute its case diligently.  That includes, where applicable, promptly (a) filing stipulations extending a defendant's time to respond to the complaint, (b) pursuing default and remedies under Federal Rule of Civil Procedure 55 when a defendant fails to timely respond to the complaint, or (c) dismissing a case the plaintiff has chosen not to pursue for any reason.

Here, parties filed a stipulation for extension of time to file response as to complaint, yet the deadline for all defendants to respond to the Complaint have passed and Plaintiffs have taken no action.  Accordingly, the Court, on its own motion, hereby **ORDERS** Plaintiffs to show cause in writing, no later than **February 27, 2023** why this action should not be dismissed for lack of prosecution.  As an alternative to a written response by Plaintiffs, the Court will consider as an appropriate response to this OSC the filing of one of the following on or before the above date:

1. Plaintiff's Request for Entry of Default as to *all Defendants* or Defendants' Answers;

2. A stipulation extending *all Defendants'* time to respond to the Complaint that complies with Local Rule 8.3, or

3. A Notice of Voluntary Dismissal (Fed. R. Civ. P. 41) as to *all Defendants*.

No oral argument will be heard on this matter unless ordered by the Court.  The Order will stand submitted upon the filing of a timely and appropriate response.  Failure to file a timely and appropriate response to this Order may result in dismissal.

                                                                                            _ _ _ : _ _ _

                                                                Initials of Deputy Clerk    rrp